December 22, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

PNS STORES, INC., Appellant

NO. 14-14-00319-CV                    V.

RENE MUNGUIA, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Rene Munguia, signed January 31, 2014, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion. If, however, Munguia files in this Court a remittitur of $3,583.57 within twenty days after the issuance of our opinion, we instead will modify the trial court's judgment to reduce the award of past medical expenses to $18,916.43 and affirm the trial court's judgment as modified.

We further order that all costs incurred by reason of this appeal be paid by appellee Rene Munguia.

We further order this decision certified below for observance.